THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRAZIER BUTLER, JR., Appellant.—

772

Present — Del Vecchio, J. P., Marsh, Witmer, Bastow and Henry, JJ.
CHARLES GAWLICK, Appellant, v. CHEMICAL LEAMAN TANK LINES, INC.,
Respondent, et al., Defendant.—

Present — Del Vecchio, J. P., Marsh, Witmer, Bastow and Henry, JJ.
JOHN GLOMBOSKI, Plaintiff, v. BALTIMORE & OHIO RAILROAD, Defendant,
and Third-Party Plaintiff-Respondent. BARBER-GREENE COMPANY, Third-Party
Defendant-Appellant.—